# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MOUNA MOUTRAJI,

    Plaintiff,

vs.                   Case No.   3:22-cv-1382-MMH-LLL

ALEJANDRO MAYORKAS, U.S.
Department of Homeland Security,
et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Voluntary Dismissal (Dkt. No. 20; Stipulation) filed on April 17, 2023. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

    **ORDERED:**

        1.     This case is **DISMISSED with prejudice**.

        2.     Each party shall bear its own costs and attorneys' fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of April, 2023.

                                          MARCIA MORALES HOWARD
                                          United States District Judge

ja

Copies to:

Counsel of Record